

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00776-CR

Bernardo **IBARRA-LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2497
Honorable Mary D. Roman, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 9, 2015.

_____
Karen Angelini, Justice